1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11  RODNEY LEE MIGLIORE,                    )   Case No.: 1:15-cv-00638- JLT
                                          )
12          Plaintiff,                     )   ORDER GRANTING EXTENSION OF TIME
                                          )
13      v.                                 )   (Doc. 12)
                                          )
14  COMMISSIONER OF SOCIAL SECURITY,       )
                                          )
15          Defendant.                     )
                                          )
16

17          On December 15, 2015, the parties filed a stipulation for an extension of time for Plaintiff to

18  file his opening brief.  (Doc. 12)  The Scheduling Order permits a single thirty-day extension by the

19  stipulation of parties (Doc. 4-1 at 4), and this is the first extension requested by the parties.

20  Accordingly, **IT IS HEREBY ORDERED**:

21          1.      Plaintiff's request for an extension of time is **GRANTED**; and

22          2.      Plaintiff **SHALL** file his opening brief on or before **January 11, 2016**.

23

24  IT IS SO ORDERED.

25      Dated:    __December 17, 2015__            ____/s/ Jennifer L. Thurston__

26                                              UNITED STATES MAGISTRATE JUDGE

27

28