# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY LEE MIGLIORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:15-cv-00638- JLT<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 15) |

On February 10, 2016, Defendant filed a stipulation of the parties to extend time for Defendant to file a response to Plaintiff's opening brief. (Doc. 15) Importantly, the scheduling order in this action allows for "a *single* thirty (30) day extension" by stipulation of the parties. (Doc. 4-1 at 4, emphasis added) This extension was used previously by Plaintiff, who requested an extension of time to prepare the opening brief. (Docs. 12-13) Beyond the single thirty-day extension, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (Doc. 4-1 at 4) Further, the parties are cautioned that "[r]equests for modification of th[e] briefing schedule will **not** routinely be granted. (*Id.*, emphasis in original) Therefore, the Court construes the stipulation of the parties to be a motion by Plaintiff for modification of the Court's Scheduling Order.

Here, the response to the opening brief was to be filed no later than February 10, 2016. Defendant's counsel, Marcelo Illarmo, reports this extension of time is necessary because he "has a higher than normal workload." (Doc. 15 at 1) Plaintiff does not oppose the requested extension. (*Id.*)

1

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's request for an extension of time is **GRANTED**;
2. Defendant **SHALL** file a response to Plaintiff's opening brief on or before **March 11, 2016**; and
3. The parties are cautioned that no further extensions will be granted without the showing of exceptionally good cause.

IT IS SO ORDERED.

Dated: **February 11, 2016**       /s/ Jennifer L. Thurston
                                    UNITED STATES MAGISTRATE JUDGE